# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2013-1451

MEDISIM LTD.,

        Plaintiff-Appellant,

v.

BESTMED, LLC,

        Defendant-Appellee.

Appeal from the United States District Court for the Southern District of New York in case no. 10-CV-2463, Judge Shira A. Scheindlin.

Authorized Abbreviated Caption[2]

MEDISIM LTD. V BESTMED, LLC, 2013-1451

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.