# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

_____

2013-1451

MEDISIM LTD.,

*Plaintiff-Appellant*,

v.

BESTMED, LLC,

*Defendant-Appellee*.

_____

Appeal from the United States District Court for the Southern District of New York in case no. 10-CV-2463, Judge Shira A. Scheindlin.

_____

**APPELLANT'S CONSENT MOTION TO EXTEND**
**THE TIME TO FILE ITS PRINCIPAL BRIEF**

Plaintiff-Appellant Medisim LTD. ("Appellant") respectfully requests leave to extend the deadline to file its principal brief until August 30, 2013. Because Appellant's principal brief currently is due on August 16, 2013, the requested extension would be 14 days. Appellant has not previously requested any extension of time for filing this brief.

Appellant has discussed this motion with Defendant-Appellee BestMed, LLC ("Appellee"). Appellee consents to this motion and does not intend to file a response.

Appellant requests this extension because Appellant's counsel have a number of professional commitments in the weeks leading up to the deadline for filing the principal brief, which will reduce the time period for Appellant to prepare its principal brief.

Accordingly, Appellant respectfully requests that its consent motion to extend the deadline to file its principal brief by 14 days, until August 30, 2013, be granted.

                                                Respectfully submitted,

Dated: July 10, 2013                 /s/ Scott S. Christie
                                                Scott S. Christie
                                                Keith J. McWha
                                                Mark H. Anania
                                                Elina Slavin
                                                McCARTER & ENGLISH, LLP
                                                Four Gateway Center
                                                100 Mulberry Street

ME1 15895253v.1

Newark, New Jersey 07102
Tel: (973) 622-4444
Fax: (973) 624-7070
Email: schristie@mccarter.com

*Counsel for Plaintiff-Appellant
Medisim LTD.*

ME1 15895253v.1

Form 9

FORM 9. Certificate of Interest

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Medisim LTD.    v.  BestMed, LLC

No. 2013-1451

**CERTIFICATE OF INTEREST**

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Medisim LTD. certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Medisim LTD.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

N/A

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

McCarter & English, LLP: Scott S. Christie, Keith J. McWha, Gerald Levy, Mark H. Anania, Matthew Sklar, Elina Slavin
Day Pitney, L.L.P.: Richard H. Brown, III, Elizabeth A. Alquist

July 10, 2013
Date

Signature of counsel
Scott S. Christie
Printed name of counsel

Please Note: All questions must be answered
cc: Dan L. Bagatell; David R. Pekarek Krohn

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT
_____

2013-1451

MEDISIM LTD.,

        *Plaintiff-Appellant,*

v.

BESTMED, LLC,

        *Defendant-Appellee.*

_____

Appeal from the United States District Court for the Southern District of New York in case no. 10-CV-2463, Judge Shira A. Scheindlin.
_____

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2013, true and correct copies of the Appellant's Consent Motion to Extend the Time to File its Principal Brief and the appended Certificate of Interest were caused to be served on the below listed counsel of record electronically via the court's CM/ECF system:

    Dan L. Bagatell
    PERKINS COIE LLP
    2901 N. Central Avenue, Suite 2000
    Phoenix, Arizona 85012-2788
    Tel: (602) 351-8250
    Fax: (602) 648-7150
    Email: DBagatell@perkinscoie.com

David R. Pekarek Krohn
PERKINS COIE LLP
1 East Main Street, Suite 201
Madison, Wisconsin 53703-5118
Tel: (608) 663-7496
Fax: (608) 663-7499
Email: DPekarekKrohn@perkinscoie.com

| | |
|---|---|
| Dated:  July 10, 2013 | /s/ Scott S. Christie<br>Scott S. Christie<br>Keith J. McWha<br>Mark H. Anania<br>Elina Slavin<br>McCARTER & ENGLISH, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey 07102<br>Tel: (973) 622-4444<br>Fax: (973) 624-7070<br>Email: schristie@mccarter.com<br><br>*Counsel for Plaintiff-Appellant Medisim LTD.* |